**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL C. FUOROLI and TIFFANY S. FUOROLI, husband and wife,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>WESTGATE PLANET HOLLYWOOD LAS VEGAS, LLC, *et al.*,<br><br>　　　　　　　　　　　　Defendant. | Case No. 2:10-cv-02191-JCM-GWF<br><br>**ORDER**<br><br>Motion for an Extension of Time to File an Opposition to Plaintiffs' Motion to Extend Time Regarding Discovery (#92) |

　　　This matter comes before the Court on Defendants Westgate Planet Hollywood Las Vegas, LLC and Central Florida Investments, Inc.'s ("Defendants") Motion for an Extension of Time to File an Opposition (#92), filed on July 11, 2013. Plaintiffs filed a Response (#93) on July 11, 2013.

　　　On June 27, 2013, Plaintiffs filed a Motion to Reopen Discovery (#88). Local Rule 7-2(b), after including the three days allotted for mailing, provides an opposing party 17 days to respond to any motion. Defendants filed the instant Motion (#92) for an extension of time within the 17-day response period. Plaintiffs assert that the Court deemed their Motion (#88) "ripe" when it was filed, thus precluding any response to the Motion from Defendants. The subject "ripe" designation, however, was automatically generated by the CM/ECF system when Plaintiffs filed the Motion (#88), and does not reflect any determination by the Court. Defendants seek an additional 10 days to file an opposition to the Motion (#88), citing numerous scheduling conflicts. The Court finds that Defendants establish good cause for an extension. Accordingly,

...

**IT IS HEREBY ORDERED** that Defendants Westgate Planet Hollywood Las Vegas, LLC and Central Florida Investments, Inc.'s Motion (#92) is **granted**.

**IT IS FURTHER ORDERED** that Defendants shall have until **July 21, 2013** to file any opposition to Plaintiffs' Motion to Reopen Discovery (#88).

DATED this 17th day of July, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge