UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL C. FUOROLI and TIFFANY S. FUOROLI,<br><br>Plaintiff(s),<br><br>v.<br><br>WESTGATE PLANET HOLLYWOOD LAS VEGAS, LLC,<br><br>Defendant(s). | Case No. 2:10-CV-2191 JCM (GWF)<br><br>ORDER |

Presently before the court is defendant Westgate Hollywood Las Vegas, LLC's motion for attorneys' fees and costs. (Doc. # 181).

Also before the court is plaintiffs Michael C. Fuorili and Tiffany S. Fuorili's motion to amend or correct the judgment or, in the alternative, for a new trial. (Doc. # 182).

On August 12, 2014 the parties filed a joint notice of settlement notifying the court that all parties have settled this action and that final dismissal papers would be filed with the court within 30 days. (Doc. # 196). On September, 11, 2014, the parties filed an updated notice of settlement. (Doc. # 197.) The updated notice reiterated that all parties have settled all claims and notified the court that the settlement documents are being finalized and will be filed with the court within 20 days. (*See* doc. # 197).

The notice of settlement has mooted the current pending motions. The motions are therefore denied without prejudice.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant Westgate Hollywood Las Vegas, LLC's motion for attorneys' fees and costs (doc. # 181) be, and the same hereby are, DENIED without prejudice as moot.

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that plaintiffs Michael C. Fuorili and Tiffany S. Fuorili's motion to amend or correct the judgment or, in the alternative, for a new trial (doc. # 182) be, and the same hereby are, DENIED without prejudice as moot.

DATED September 12, 2014.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -